IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LARRY LECLERE                                                                              PETITIONER

v.                                        NO.  5:04CV00026 GH/JFF

LARRY NORRIS, Director,
Arkansas Department of Correction                                                RESPONDENT

### ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed with prejudice.

IT IS SO ADJUDGED this 10th day of November, 2005.

J. LEON HOLMES *for* GEORGE HOWARD, JR.
UNITED STATES DISTRICT JUDGE